UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | |
| | : | |
| LANDON MANWARING, | : | VIOLATION: |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| Defendant. | : | (Unlawful Parading, Demonstrating, or |
| | : | Picketing in a Capitol Building) |
| | : | |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

On or about January 6, 2021, within the District of Columbia, **LANDON MANWARING** willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052.

By: _____/s/_____
MICHAEL M. GORDON
Assistant United States Attorney United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20579
Telephone: 813- 274-6370
MICHAEL.GODON3@USDOJ.GOV