IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 22-CR-270 (CJN) |
| | ) | |
| | ) | |
| LANDON MANWARING | ) | |

**Motion for admission of attorney Cara Tangaro *Pro Hac Vice***

Pursuant to Criminal Local Rule 44.1 (c) & (d), Defendant LANDON MANWARING moves for the admission and appearance of attorney Cara Tangaro *pro hac vice* in the above-captioned case. This motion is supported by the Declaration of Ms. Tangaro, filed herewith. As set forth in Ms. Tangaro's declaration, she is admitted and an active member in good standing in the following courts and bars:

1. Utah; state and federal bar;
2. United States District Court for the District of Utah

This motion is supported and signed by Kira Anne West, an active and sponsoring member of the Bar of this Court.

Respectfully submitted,

KIRA ANNE WEST

*/s/ Kira Anne West*
DC Bar No. 993523
712 H Street N.E., Unit #509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify on the 12th day of August 2022, a copy of same was electronically filed using the CM/ECF system and thus delivered to the parties of record and in pursuant to the rules of the Clerk of Court.

*/s/ Kira Anne West*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 22-CR-270 (CJN) |
| | ) | |
| | ) | |
| LANDON MANWARING | ) | |

**ORDER**

Pending before the Court is the motion of defendant LANDON MANWARING seeking admission of his attorney, CARA TANGARO, for admission to this Court *pro hac vice* with support from attorney Kira Anne West, a member in good standing in this Court. Upon consideration of the motion, finding it meritorious, the Court grants attorney Tangaro's *pro hac vice* admission to this Court. Attorney Tangaro shall be permitted to appear and be heard on behalf of the Defendant in the above-captioned matter without the presence of local counsel. Furthermore, attorney Tangaro is permitted to execute all pleadings in this case without the necessity of Attorney Kira Anne West being required to also execute all pleadings in this case

SO ORDERED this _____ day of August, 2022.

_____
Carl J. Nichols
United States District Judge