# CERTIFICATE OF GOOD STANDING

*This document expires 60 days from the date of issuance*

Issued on 7/20/2022

To Whom it May Concern:

Re: CERTIFICATE OF GOOD STANDING for Cara M Tangaro

This is to certify that Cara M Tangaro, Utah State Bar No. 9197 was admitted to practice law in Utah on 10/17/2001.

Cara M Tangaro is currently an ACTIVE member of the Utah State Bar in good standing. "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

_____
Nancy J. Sylvester
General Counsel
Utah State Bar

No.2022 -1005437
verify by email at cogsrequest@utahbar.org