**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA     *

    v.     *     Case No.-22-CR-270 (CJN)

LANDON MANWARING,     *

    Defendant     *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF FILING**

The Defendant, LANDON MANWARYING, by and through his *pro hac vice* sponsoring counsel, Kira Anne West, hereby files this notice of filing of the amended declaration which contains a wet signature attached as an exhibit to this notice.

Respectfully submitted,

_____/s/_____
Kira Anne West
712 H Street NE
Suite 509
Washington, D.C. 20001
D.C. Bar No. 993523
(202) 236-2042
kiraannewest@gmail.com

CERTIFICATE OF SERVICE

I swear that on August 15th, 2022 a copy of this notice and letter was filed via the ECF and rules of this Court.

_____/s/_____
Kira A. West