Cara M. Tangaro, #9197
Tangaro Law, P.C
35 W. Broadway, Suite 203
Salt Lake City, Utah 84101
Telephone 801.673.9984
Fax 801.606.7494
cara@tangarolaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LANDON MANWARING,<br><br>Defendant. | **NOTICE OF APPEARANCE**<br><br>Case No. 22-CR-270(CJN)<br>Judge Carl J. Nichols |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that attorney Cara Tangaro hereby enters her appearance as counsel for the defendant, Landon Manwaring.

DATED this 29th day of August 2022.

>  */s/ Cara M. Tangaro*
> Cara M. Tangaro
> Attorney for Defendant

## CERTIFICATE OF SERVICE

  I hereby certify that the foregoing was delivered to all the interested parties electronically via CM/ECF system.

*/s/ Kayla Marker*