UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:22-cr-270 (CJN) |
| v. : | |
| : | |
| LANDON MANWARING, : | |
| : | |
| Defendant. : | |

### *JOINT* RECOMMENDATIONS FOR CONDITIONS OF RELEASE

On August 26, 2022, during the defendant's initial appearance and plea agreement hearing, the parties agreed that pre-trial detention would be inappropriate for this case. Nevertheless, the Court did not set conditions of release at that time because the Pre-Trial Services Agency for the District of Columbia ("PSA") had not had adequate time to review the case and fashion its recommendations for the Court. Accordingly, the Court directed the parties to confer with each other and the PSA concerning appropriate conditions and provide the Court with their respective positions no later than September 2, 2022.

The parties and the PSA have conferred as directed. The parties concur with the PSA's recommendations for conditions of release and jointly respectfully request that the Court impose them. Those recommended conditions are as follows:

1. The defendant may live in the District of Utah and receive courtesy supervision by the U.S. Probation Office for the District of Utah. The defendant must report as directed and comply with any and all conditions as directed in the supervising jurisdiction;

2. The defendant may not possess a firearm, destructive device, or other weapon;

3. The defendant must report, as soon as possible, to the Pretrial Services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops;

4. The defendant may not use or illegally possess a narcotic drug or other controlled substance, as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner;

5. The defendant may not use alcohol excessively;

6. The defendant may only travel within the District of Utah, with the exception that the defendant may travel to the District of Columbia for Court business. Otherwise, the Court must approve all other travel;

7. The defendant must stay out of the District of Columbia except for court or PSA business.

8. The defendant must surrender any passport(s) to the U.S. Probation Office for the District of Utah;

9. The defendant may not obtain a passport or other international travel document; and

10. Within one business day of the Court issuing conditions of release, the defendant must contact the PSA at (202) 442-1000 in order to be interviewed.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:     /s/ *Michael M. Gordon*
        Michael M. Gordon

Assistant United States Attorney
FL Bar No. 1026025
601 D Street, N.W.
Washington, DC 20530
Michael.Gordon3@usdoj.gov
(813) 274-6370