# Altitude Counseling & Consulting Services

2028 W. 500 N., Suite B. • Vernal, Utah 84078 • Phone: 435-219-6312

90 W. 100 N., Suite 5 • Price, UT 84501 • Phone 435-219-6312

E-Mail: trev.altccs@gmail.com

Trevor Irish LCMHC

---

Date: 11/14/2022
Re: Landon Manwaring
Re: SO, Treatment Update

To Whom It May Concern:

Landon Manwaring has been attending treatment through our agency for the last three months. Landon been attending individual therapy to help address his impulsive behaviors & other psychological areas. Landon sees me once a week for individual therapy & attends two psychoeducation groups weekly. Landon keeps all scheduled sessions & attends all his groups. He takes part in his sessions & groups. He learning to recognizes certain patterns & making connections that are tied to his impulsive behaviors. Overall, his treatment measurements are moving in a positive direction. He started to internalize his impulsive thinking regarding his impulsive behaviors. Landon is currently in chapter 2 with several sections that are currently focusing on Victim Empathy & learning the true impact of how his impulsive behaviors can have a lifetime impact on his victims. Landon will have to complete twelve treatment chapters & other levels of CBT treatment & pass an exit polygraph.

Thank you,

Trevor Irish, LCMHC