To Whom It May Concern,

Landon has always been our Son that we didn't have to worry about. I remember when he was a toddler, we had a wood cook stove and Landon fell against it and never even cried. Even though the heat blistered his hands. He just was happy all the time and never required a lot of maintenance and time. I probably should have given him more of my time but life gets busy with work, family, church and other things and if no one is squeaking then the wheel doesn't get any grease.

Maybe that is why we never knew about some of the molestation issues that Landon went through as a young man. I'm not proud to admit that I never knew about these instances until just a few years ago. I'm sorry he had to face these trials alone.  Had we known about them we would have addressed them and gone to counseling with him. But we can't go back and change things.

I have always trusted Landon explicitly. In fact he is the Executive Director of our Trust. If Landon said he was going to do something I always knew that he would follow through with things. As a child he learned to play the piano. We never had to remind him to practice. He just practiced and became quite accomplished as a musician. He plays several different instruments and continues to love music.

He loves our country and wants to be involved with everyone becoming the best they can in their own situations.

I hope you can see the true character of my Son. He is a good, honest and decent man, who had made mistakes. As we all do.  In the past few months, I have personally witnessed him making changes and learning from counseling.  I do believe that he will follow through with all court orders and learn valubale lessons from this experience and his state court experience.

Thank you for your service in this great country that we live in.


Michael W Manwaring