To Whom It May Concern:

My name is Lindsy Jolley. I have been dating Landon Manwaring for nearly two years. He is the most caring, sensitive person I have ever met. He has a good heart, and would never intentionally cause harm to anyone. Landon is industrious and ambitious, always working to accomplish his goals. Our baby is due to arrive February 28, 2023 and I am excited to raise a son with him. We plan on getting married soon after our son is born. I think he will make an excellent father and will provide for our son with love and attentiveness. Landon loves America and has a passion for learning about its history, and he cares very much about its future.
I know that recently, Landon has made some serious mistakes. He also acknowledges this and I feel like he is doing what is required for him to make things right and put things in order. I respect him very much for taking responsibility for his missteps, recognizing his flaws, and taking steps to fix them; these past few months, I have been watching him work very hard to do just that.
I love Landon more than I thought I could love anyone. He is a good man. Like all of us, he has flaws and he has made mistakes, but he is always trying to move beyond them and be the best person he can be. That is one of the things about him I love the most.

Thank you,
Lindsy