UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:22-cr-270 (CJN) |
| v. : | |
| : | |
| LANDON MANWARING, : | |
| : | |
| Defendant. : | |

## MOTION FOR LEAVE TO FILE UNTIMELY SENTENCING MEMORANDUM AND CONTINUE SENTENCING

Sentencing memoranda were due to be filed with the Court by November 15, 2022. *See* Minute Entry for August 26, 2022. Unfortunately, the government failed to meet the Court's deadline, due in part to the undersigned's involvement as lead counsel in the ongoing jury trial of *United States v. Riley Williams*, 1:21-cr-618 (ABJ). Sentencing is scheduled to occur on November 21, 2022, at 3:00 p.m. via videoconference.

The United States of America respectfully moves for (1) leave to file an untimely sentencing memorandum no later than November 22, 2022; and (2) a brief continuation of sentencing to the week of November 28 or December 5, 2022. A proposed order is attached.

Defendant's counsel informed the government that she has no objection to either request.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:   /s/ Michael M. Gordon
MICHAEL M. GORDON
Florida Bar No. 1026025

                Assistant United States Attorney
                Detailee – Federal Major Crimes
                United States Attorney's Office
                For the District of Columbia
                Telephone No. (813) 274-6370
                michael.gordon3@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:22-cr-270 (CJN) |
| v. : | |
| : | |
| LANDON MANWARING : | |
| : | |
| Defendant. : | |

## ORDER

Upon consideration of the United States' motion seeking (1) leave to file an untimely sentencing memorandum; and (2) a brief continuation of sentencing, it is hereby

ORDERED, that the motion is GRANTED.

ORDERED, that the United States must file its sentencing memorandum no later than November 22, 2022.

Sentencing will be rescheduled by separate notice.

Date: _____

THE HONORABLE CARL J. NICHOLS
UNITED STATES DISTRICT JUDGE