

# UTAH ATTORNEY GENERAL'S OFFICE

## GENERAL OFFENSE HARDCOPY

## (SEX ASLT-FREE TEXT)

## GO# AG 2022-263

# Table of Contents

Related Event GO# AG 2022-263 .......... 1

Offense(s) .......... 1

Related Person(s) .......... 2

1. Arrestee # 1 - MANWARING, LANDON BRADY .......... 2

Related Narrative(s) .......... 3

1. Escobedo, Juan (102074), INITIAL R/O - INITIAL CASE DETAILS .......... 3
2. Escobedo, Juan (102074), INVSTGTR F/U - SUMMARY OF CHAT WITH LANDON BRADY M ... 4
3. Escobedo, Juan (102074), INVSTGTR F/U - INTERVEIW WITH LANDON BRADY MANWARI .... 7
4. Escobedo, Juan (102074), INVSTGTR F/U - EVIDENCE .......... 8
5. Escobedo, Juan (102074), CASE SUMMARY - DISPOSITION .......... 9

Related Clearance Information .......... 10



UTAH ATTORNEY GENERAL'S OFFICE
GENERAL OFFENSE HARDCOPY
(SEX ASLT-FREE TEXT)

CLOSED/ARREST

## General Offense Information

| | |
|---|---|
| **Operational Status** | CLOSED/ARREST |
| **Reported On** | MAY-11-2022 (WED.) 1400 |
| **Occurred On** | MAY-11-2022 (WED.) 1400 |
| **Approved On** | MAY-11-2022 (WED.) |
| **Approved By** | 102074 - ESCOBEDO, JUAN |
| **Report Submitted By** | 102074 - ESCOBEDO, JUAN |
| **Org Unit** | INTERNET CRIMES AGAINST CHILDREN |
| **Address** | 2504 S 1500 E |
| **Municipality** | SALT LAKE CITY |
| **County** | SALT LAKE COUNTY |
| | **District** SL7L **Beat** 720 |
| **Family Violence** | NO |
| **Cargo Theft** | NO |

## Offenses (Completed/Attempted)

| | |
|---|---|
| **Offense #** | 1 1199-0 SEX ASLT-FREE TEXT - COMPLETED |
| **Location** | SERV/GAS STATION |
| **Suspected Of Using** | NOT APPLICABLE |
| **Bias** | NONE (NO BIAS) |


## Related Person(s)

### 1. ARRESTEE # 1 - MANWARING, LANDON BRADY

#### CASE SPECIFIC INFORMATION

| | |
|---|---|
| **Sex** | MALE |
| **Race** | CAUCASIAN/WHITE |
| **Municipality** | MURRAY |
| **State** | UTAH |

#### MASTER NAME INDEX REFERENCE

| | |
|---|---|
| **Name** | MANWARING , LANDON BRADY |
| **Sex** | MALE |
| **Race** | CAUCASIAN/WHITE |
| **Date Of Birth** | AUG-06-1990 |
| **Ethnicity** | UNKNOWN |
| **Municipality** | MURRAY |
| **State** | UTAH |

#### LINKAGE FACTORS

| | |
|---|---|
| **Resident Status** | RESIDENT |
| **Age Range** | UNKNOWN |
| **Armed With** | NOT APPLICABLE |
| **Offense** | 1199- 0 SEX ASLT-FREE TEXT - COMPLETED |
| **Arrest Date** | MAY-20-2022 (FRI.) |


## Narrative Text

**Type** INITIAL R/O
**Subject** INITIAL CASE DETAILS
**Author** 102074 - Escobedo, Juan
**Related Date** May-20-2022  8:00

On May 13, 2022, a 28-year-old adult male started a conversation with who he believed to be 12-year-old female child, on a mobile app used a s a form of anonymous social media, allowing users to communicate anonymously. The conversation started on May 11, 2022, at 18:08 hrs and ended on May 13, 2022, at 23:52 hrs. The conversation was sexually explicit, and the adult male sent images of his erect penis.


## Narrative Text

**Type** INVSTGTR F/U
**Subject** SUMMARY OF CHAT WITH LANDON BRADY MANWARING
**Author** 102074 - Escobedo, Juan
**Related Date** May-20-2022  8:15

On January 29, 2019, I created a 10-year-old female profile using a mobile app used as a form of anonymous social media, allowing users to communicate anonymously. The following is a summary of the conversation that occurred between the now 13-year-old female and Landon Brady Manwaring. A video recording was made of the complete conversation. See the video for the full conversation.

I received a direct message from another user on the mobile app. The username on the account was "Sumyum". The communication started at 18;08 hrs on May 11, 2022 and continued over the following days. On May 11, 2022, the conversation continued and while chatting with "Sumyum" he asked, "Cool. You wanna make some money before you go? Lol", the 13-year-old female responded, "How?". "Sumyum" responded and stated "Come hang, chill, do some adult things [emoji]", the 13-year-old female responded "Like what", "Cause making money for chillin sounds weird haha". "Sumyum" responded "Ya know... hang, suck, fuck, cuddle".

The 13-year-old female responded "You cool that I'm 13? Just wondering?", "Might as well not lie to you haha". "Sumyum" responded "Oh damn [emoji]". The 13-year-old female responded "Haha", "Sumyum" stated "You're 13 fr?". The 13-year-old female responded, "Ya I am is that not cool", "Sumyum" stated "That's cool. Nothing wrong with being 13. Idk if we can fuck tho lol".

The conversation continued and the 13-year-old stated, "I guess it's better not to lie to you and don't waste your time with me", "Thanks for being cool", "You don't have to chat with me so you can keep looking for someone else [emoji]", "Haha". "Sumyum" stated "No worries [emoji] thanks for being honest. Sorry for being so forward lol", "Of course I don't mind chatting with you".

The conversation continued and 18:53 hrs "Sumyum" stated "Wym? Lol don't' be sorry. You can tell me whatever. I don't care". The 13-year-old female stated, "No cause your being cool and and ya kinda freaked out when I said I was 13 so don't wanna make you not cool with me cause then you'll tell me I shouldn't be on here this place is for older people looking for older people stuff and stuff like that haha". "Sumyum" stated "I didn't freak out lol like I said you can tell lme whatever. Idc".

The conversation continued and the 13-year-old stated I m ean I'm 13 but I'm not stupid haha well maybe sometimes haha", I mean you asked if I wanted to make money doing adult things haha remember or did you forget haha". "Sumyum" stated "I remember lol but that was before I knew you were 13". The 13-year-old female stated, "Well then you know what people say even after they know I'm 13 haha".

The conversation continued and "Sumyum" asked "Can you send me a pic of you so I know who I'm talking to?". Later on in the conversation the 13-year-old female talked about lying to her grandmother. "Sumyum" asked the 13-year-old female "Why would you lie to her about that?". She stated "Well cause I'm 13 and she doesn't trust the internet and I've gotten in trouble before cause I do it haha", "Cause I chat with older guys and she's caught me haha".

On May 11, 2022, at 23:10 hrs "Sumyum" sent the 13-year-old a picture of his erect penis. "Sumyum" stated "Oh fuck! That was not supposed to go to you! I'm sorry". "Sumyum" apologized

and later in the conversation he stated "Well I'm going to bed. You better delete this chat so you gram doesn't see my dick lol" admitting that the picture he sent was of his penis.

The conversation continued and "Sumyum" continued to talk to the 13-year-old female about various different topics. "Sumyum" asked her if she has kissed boys and asked what the oldest boy she had kissed was. "Sumyum" stated "Oh come on haha I'm not gonna tell anybody". The 13-year-old female asked "Sumyum" "How old are you" he responded "28". After finding how old the boy was that she kissed "Sumyum" stated "Ok so like 17 or 18 ish? Haha I bet you're a good kisser. You have nice lips". "Sumyum" was referring to the picture the 13-year-old had send to him of her face earlier in the conversation. "Sumyum" then stated, "I mean only one way to find out [emoji]" she stated, "yes only one way haha" and he stated "Too bad you're leaving soon haha". The 13-year-old female stated, "Bad why". "Sumyum" stated, "Cuz maybe we could try it out lol"

The conversation continued and "Sumyum" asked the 13-year-old female if she had ever done more than kiss. The 13-year-old female told "Sumyum" that she liked talking to him and he stated "Aw thanks [emoji] even when I accidentally send you my dick? Lol". She stated "Of course haha". "Sumyum" responded and stated "Cool haha I wouldn't mind if you accidentally sent me nudes either [emoji]", "Or even on purpose [emoji][emoji]". He later stated "Okay no worries [emoji] I'd love to see you naked but no pressure", "Wish I was kissed [emoji][emoji]". The 13-year-old female stated, "Haha me too" and he responded "And other things...lol".

The conversation continued and "Sumyum" asked "You just ignore it? Do you ever masturbate or anything". She responded "Never tried like I said not that experienced with all that sorry I know that probably sounds stupid". "Sumyum" responded, "No worries [emoji] I could show you some things". The 13-year-old asked, "Like what", "Sumyum" responded, "Like rubbing your clilt and how to hityour G spot...". The 13- year-old stated "Sounds nice", "Would that hurt". "Sumyum" responded, "Nah it wouldn't hurt. I'd be gentle".

The conversation continued and "Sumyum" asked the 13-year-old female "Is mine the first dick you've seen?..." she stated, "Well I'm not gonna lie it's the first on eon someone who I've talked to Ive seen pictures haha". "Sumyum" stated, "Oh I see haha it's bigger in person [emoji][emoji] that wasn't a good pic of it, "So mine was your first dick pic? Lol [emoji]". He stated, "I can send you more if you ever want lol", she stated "I wouldn't care haha [emoji]", "Sumyum" stated, "Would you like it?", she stated, "Ya I would". "Sumyum" responded, "Cool [emoji]"

"Sumyum" then send a picture of his genitals and asked the 13-year-old female "You like that?[emoji]". She stated "Ya", He aked, "Would you touch it? [emoji]", she responded, "[emoji] yes I would but you 'd have to help know what to do haha". "Sumyum" stated "I'd help yo uhaha you just grab it and stroke it". "Sumyum" send another picture of him holding his erect penis and asked, "Would you suck it?" The 13- year-old female asked "Would you want me to?", "Sumyum" stated, "That'd me awesome", she responded, "Then I would [emoji]", "Sumyum" stated, "I'd love that [emoji]", "Fuck I'm hard. I'm about to cum".

Late in the conversation the 13-year-old female asked "Sumyum" to send a picture of his face. "Sumyum" sent a picture. The 13-year-old female realized the picture he had sent earlier of himself and the one he sent were not the same person and called him out on it. "Sumyum" stated "I was scared to give you my real pic bc you're 13 ya know?" The 13-year-old female stated she did not understand and stated she no longer wanted to chat with "Sumyum". "Sumyum" stated, "Ok. O'm sad you don't wanna talk anymore. I liked talking to you. I'm sorry you couldn't see my point of view and trying to be safe bc I'm 28 and you're 13...", "If I send you a pic will you still talk to me?".


"Sumyum" sent two pictures of his face to the 13-year-old female.

The conversation continued and "Sumyum" made arrangements to meet with the 13-year-old at a Maverik gas station. The last message was sent by "Sumyum" on May 13, 2022 at 11:46 when he arrived to pick up the 13-year-old female at the predetermined location.



## Narrative Text

    **Type** INVSTGTR F/U
    **Subject** INTERVEIW WITH LANDON BRADY MANWARING
    **Author** 102074 - Escobedo, Juan
**Related Date** May-20-2022  8:30

On May 13, 2022, Detective Kyle Fuller and I interviewed Landon Brady Manwaring. The interview was audio and video recorded. The following is a summary of the interview with Landon see the recording for the full interview.

I introduced myself and Detective Fuller to Landon and advised him of his Miranda Rights. I asked Landon if he understood his rights as I had read them to him. Landon stated he understood his rights. I asked Landon if he was willing to answer some questions and he stated he was not and did not want to talk. We did not ask any Landon any question and concluded the interview. I advised Landon that he was going to be booked into the county jail on charges of enticing a minor and dealing in harmful materials to a minor.



UTAH ATTORNEY GENERAL'S OFFICE
GENERAL OFFENSE HARDCOPY
(SEX ASLT-FREE TEXT)
CLOSED/ARREST

## Narrative Text

**Type** INVSTGTR F/U
**Subject** EVIDENCE
**Author** 102074 - Escobedo, Juan
**Related Date** May-20-2022 8:45

Video screen recordings of the chat conversation was made between Landon Manwaring and the 13-year-old female. Landon's phone was taken from his person and was seized as evidence. Detective Chase Hall with the Uintah County Sheriff's Office was going to complete a search warrant for the cell phone.

For 102074 Printed On May-20-2022 (Fri.)
Page 8 of 11

## Narrative Text

**Type** CASE SUMMARY
**Subject** DISPOSITION
**Author** 102074 - Escobedo, Juan
**Related Date** May-20-2022 9:00

On May 11, 2022, a 31-year-old adult male started a conversation on a dating app, with who he believed to be 13-year-old female child. The conversation started on May 11, 2022, at 18:08 hrs and ended on May 13, 2022, at 23:52 hrs. the adult male was later identified as Landon Brady Manwaring.

Landon engaged in sexually explicit talk with who he believed to be a 13-year-old female child. Landon sent sexually explicit pictures of his erect penis to who he believed to be a 13-year-old female and agreed to meet with the child at a location in Uintah County. Landon, using the dating app, gave a description of his vehicle and when he was arriving to pick her up.

Law enforcement contacted Landon at the location predetermined in the conversation between Landon and who he believed to be the 13-year-old female child. Landon Brady Manwaring was arrested and placed into custody at the location in Uintah County. Landon was transported to the Uintah County Jail where he was booked on four counts of Dealing in material harmful to a minor as defined in Utah Criminal Code 76-10-1206 and Enticing a Minor as defined in Utah Criminal Code 76-4-401.



UTAH ATTORNEY GENERAL'S OFFICE
GENERAL OFFENSE HARDCOPY
(SEX ASLT-FREE TEXT)
CLOSED/ARREST

## Clearance Information

| | |
|---|---|
| **Agency** | ATTORNEY GENERAL'S OFFICE |
| **Cleared Status** | ARREST/CITATION OR SUMMONS SERVED - NOT APPLICABLE |
| **Cleared On** | MAY-20-2022 (FRI.) |
| **Cleared By Officer 1** | 102074 - ESCOBEDO, JUAN |
| **Org Unit** | ICAC - INTERNET CRIMES AGAINST CHILDREN |
| **Complainant/Victim Notified** | YES |
| **Notified By** | 102074 - ESCOBEDO, JUAN |
| **Notified On** | MAY-13-2022 (FRI.) |
| **How Notified** | PERSON |

For 102074 Printed On May-20-2022 (Fri.) Page 10 of 11



*** END OF HARDCOPY ***