CARA M. TANGARO (#9197)
TANGARO LAW, P.C.
35 West Broadway, Suite 203
Salt Lake City, UT 84101
Telephone: (801) 673-9984
Email: cara@tangarolaw.com

*Attorney for Defendant Landon Manwaring*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA (WASHINGTON, DC)

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**LANDON MANWARING,**<br><br>**Defendant.** | **UNOPPOSED MOTION TO AMEND JUDGMENT AND COMMITMENT ORDER**<br><br>**Case No.: 1:22-CR-00270**<br><br>**Judge Carl J. Nichols** |

The Defendant, Landon Manwaring, by and through his attorney of record, Cara M. Tangaro, Tangaro Law, P.C., hereby moves this Court, to amend the judgment and commitment order to allow the defendant to serve his sentence at any county jail. This motion is based on the following:

On November 28, 2022 the defendant was sentenced to thirty (30) days of incarceration, followed by thirty-five (35) months of probation and to pay restitution in the amount of $500.00.

The defendant was allowed, by this Court, to serve his sentence at his local jail, if allowed by the United States Marshals and Bureau of Prison.

Upon further conversations, the United States Marshals will likely not allow the defendant's sentence to be served at a facility that they do not contract with.

Counsel has spoken with Assistant United States Attorney Michael Gordon, who does not oppose this motion.

Based on the foregoing, Mr. Manwaring respectfully requests that this Court amend the judgment and commitment to allow him to serve his thirty (30) day sentence at any county jail in Utah approved by the United States Marshals and Bureau of Prison.

Respectfully submitted this 20th day of January 2023.

/s/ Cara M. Tangaro
Cara M. Tangaro
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of January 2023 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all interested parties.

/s/ Kayla Marker